UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK HARRIS,

      Plaintiff,

                              File no: 1:07-CV-245

v.

                              HON. ROBERT HOLMES BELL

JOHN RUBITSCHUN, et al.,

      Defendants.

_____/

**ORDER APPROVING MAGISTRATE'S
REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by the United States

Magistrate in this action.  The Report and Recommendation was duly served on the parties.

No objections have been filed.

      ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion

of the Court.

      THEREFORE, IT IS ORDERED that:

      Plaintiff's complaint is hereby **DISMISSED** for failure to state a claim pursuant to

28 U.S.C. §§1915(e)(2) and 1915A(b), and 42 U.S.C. §1997e(c).

      The Court further finds that there is no good-faith basis for appeal within the meaning

of 28 U.S.C. §1915(a)(3).  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Date:   May 23, 2007           /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE